1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   P. CRAIG CARDON, Cal. Bar No. 168646
2  BRIDGET J. RUSSELL, Cal. Bar No. 288107
   1901 Avenue of the Stars, Suite 1600
3  Los Angeles, California 90067-6055
   Telephone:    310.228.3700
4  Facsimile:    310.228.3701
   Email:        ccardon@sheppardmullin.com
5                brussell@sheppardmullin.com

6  *Attorneys for Plaintiff*
   PURPLE SURGICAL UK LIMITED
7

8

9

10
                    **UNITED STATES DISTRICT COURT**
11
          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
12

13  PURPLE SURGICAL UK LIMITED, a          Case No. 3:20-cv-07141-WHO
    United Kingdom private limited company,
14
             Plaintiff,                     **ORDER RE MOTION TO EXPEDITE [AS
15                                          MODIFIED]**
             v.
16
    WIN BILLION INVESTMENT GROUP
17  LIMITED, a British Virgin Islands registered
    company, WU YUN FAI RIC, an individual;
18  and DOES 1-10, inclusive,

19

20

21

22

23

24

25

26

27

28

---
MODIFIED ORDER RE MOTION TO EXPEDITE

## ORDER

Having reviewed all of the arguments and briefing by the parties, and good cause appearing, the Court hereby **GRANTS** Plaintiff's Motion to Expedite Briefing and Remote Hearing Regarding Plaintiff's Motion for Writ-Based Discovery.

The Court hereby **ORDERS** that Defendants file any opposition to Plaintiff's Motion for Writ-Based Discovery by November 5, 2020. The Court will hold a telephonic hearing on November 9, 2020 at 1:30 p.m.

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE