1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PURPLE SURGICAL UK LIMITED, a United Kingdom Private Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>WIN BILLION INVESTMENT GROUP LIMITED, a British Virgin Islands Limited Company WU YUN FAI RIC, an individual; and DOES 1-20,<br><br>Defendants. | **Case No.**: 3:20-cv-07141<br><br>**[Proposed] ORDER GRANTING STIPULATION FOR AN ORDER REMANDING THE ACTION TO STATE COURT AND WITHDRAWING DEFENDANTS' MOTION TO DISMISS** |

**ORDER**

Having reviewed the stipulation filed by Plaintiff PURPLE SURGICAL UK LIMITED and Defendants WIN BILLION INVESTMENT GROUP LIMITED and WU YUN FAI RIC, and good cause appearing therefor, the Court hereby ORDERS as follows:

1. Pursuant to 28 U.S.C. § 1447(c) this matter is remanded to the Superior Court of California, County of San Francisco for lack of diversity jurisdiction.

2. Defendants' Motion to Dismiss [Dkt. No. 10] is mooted.

3. Defendants' objection, on the grounds that the case was removed, to the state court subpoena served by Plaintiff on Bank of the West is also now moot and not grounds to delay Bank of the West's compliance with the Subpoena.

IT IS SO ORDERED.

Dated: November 4, 2020



Hon. William H. Orrick
U.S. DISTRICT COURT JUDGE